302 U.S. 756
 58 S.Ct. 283
 82 L.Ed. 584
 Henry H. TAYLOR, as Receiver of the City Trust Company, petitioner,
v.
C. H. BANCROFT, as Receiver of City National Bank of Miami.*
 No. 550.
 Supreme Court of the United States
 December 6, 1937
 
 Mr. W. H. Burwell, of Miami, Fla., for petitioner.
 
 
 1
 For decision below, see 91 F.2d 582.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.
 
 
 
 *
 Rehearing denied 302 U.S. 780, 58 S.Ct. 475, 82 L.Ed. ——